# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | : | |
| Plaintiff, | : | Civil Action No. 07-4536 (JAG) |
| | : | |
| ˙v | : | **ORDER** |
| | : | |
| ROBERT J. HEWITT, | : | |
| | : | |
| Defendant. | : | |

**GREENAWAY, JR., U.S.D.J.**

This matter having come before the Court on the motion for entry of default judgment against defendant Robert J. Hewitt by Plaintiff Bank of America, N.A., pursuant to FED. R. CIV. P. 55(b)(2); and it appearing that this Court reviewed the parties' submissions; and for the reasons set forth in the accompanying Opinion, and good cause appearing,

IT IS on this 7th day of November, 2008,

ORDERED that Plaintiff's motion for default judgment (Docket Entry No. 13) is DENIED; and it is further

ORDERED that a copy of this Order be served on the parties within seven (7) days of the entry of this Order.

 S/Joseph A. Greenaway, Jr.
 JOSEPH A. GREENAWAY, JR., U.S.D.J.